Prob 12B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Michael Brian YINGLING |
| **Docket Number:** | 3:08-MJ-00026-01 |
| **Offender Address:** | Junction City, California |
| **Judicial Officer:** | Honorable Craig M. Kellison<br>United States Magistrate Judge<br>Redding, California |
| **Original Sentence Date:** | 03/03/2009 |
| **Original Offense:** | 43 CFR 2920.1-2(e) - Use, Occupy, and/or Develop Public Lands (CLASS A MISDEMEANOR) |
| **Original Sentence:** | 24 months probation; $1,400 restitution; $500 fine; $25 special assessment; Mandatory drug testing. |
| **Special Conditions:** | 1) Remove all personal property from the trespass site; including, but not limited to underground septic tank, water tank, toys, utility trailers, mobile homes, appliances, motorcycles, vehicles, and other miscellaneous trash and debris; 2) Rehab the disturbed area upon completion of removal of all personal property.  Rehabilitation of the site shall consist of scarifying the ground surface, seeding the disturbed site with grass seeds of a species determined by the BLM and covering the disturbed area site with straw. Rehabilitation of the site shall also consist of filling in the hole left by the underground septic tank; 3) Within two weeks of judgement and sentencing, meet with a federal probation officer to work out a payment plan for paying the restitution, special assessment, and fine amounts and to set a date when all work at the site will be completed.  Any failure of the defendant to abide by/follow the payment plan or miss the deadline date for work completion will be considered a violation of the plea agreement entered into by the parties; 4) A status conference regarding the progress of the removal of |

**RE:** YINGLING, Michael Brian
   Docket Number:  3:08-MJ-00026-01
   <u>PETITION TO MODIFY THE CONDITIONS OR TERM
   OF SUPERVISION WITH CONSENT OF THE OFFENDER</u>

|  |  |
|---|---|
|  | property and rehabilitation efforts is scheduled for April 7, 2009, at 11:00 am.  Defendant is ordered to appear at that time. |
| **Type of Supervision:** | Probation |
| **Supervision Commenced:** | 03/03/2009 |
| **Assistant U.S. Attorney:** | Patrick D. Hagan     **Telephone:** (530) 224-2100<br>Ranger, Bureau of Land Management |
| **Defense Attorney:** | H.R. Harrison-Smith   **Telephone:** (530) 246-1222<br>Appointed |
| **Other Court Action:** | None |

RE: **YINGLING, Michael Brian**
**Docket Number:  3:08-MJ-00026-01**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

1. As directed by the probation officer, the probationer shall participate in a correctional treatment program (inpatient or outpatient) to obtain assistance for drug or alcohol abuse.

2. As directed by the probation officer, the probationer shall participate in a program of testing (i.e. breath, urine, sweat patch, etc.) to determine if he has reverted to the use of drugs or alcohol.

3. As directed by the probation officer, the probationer shall participate in a co-payment plan for treatment or testing and shall make payment directly to the vendor under contract with the United States Probation Office of up to $25 per month.

**Justification:**

On April 1, 2009, the probationer submitted a urine sample to the probation officer which returned a positive laboratory test result for the presence of amphetamine/methamphetamine and marijuana (THC).

The probationer was confronted regarding the positive test result on May 6, 2009.  The probationer admitted he ingested illegal substances at a party, but added he would have no problem remaining clean and sober.  As a measure of good faith, the probationer signed a Probation Form 49 - Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision, and thereby agreed to have his probation modified to require his participation in a formalized substance abuse treatment program, and to participate in a co-payment plan for treatment.

**RE:** **YINGLING, Michael Brian**
 **Docket Number:  3:08-MJ-00026-01**
 **PETITION TO MODIFY THE CONDITIONS OR TERM**
 **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

The probationer resides in a remote area and may have difficulty traveling to the formalized drug treatment program under contract with the United States Probation Office.  However, the probation officer recommends the Court approve the above indicated modifications with the understanding the probation officer will personally test the defendant as often as possible, and enforce the above requested modifications with good discretion.

Should the probationer continue to find himself at variance from his terms and conditions of supervision, additional Court intervention will be sought.

Respectfully submitted,

/s/ R. Walters

**R. WALTERS**
**Senior United States Probation Officer**
Telephone:  (530) 246-5366

**DATED:**   May 26, 2009
Redding, California
RCW:aph

/s/ Richard A. Ertola
**REVIEWED BY:** _____
**RICHARD A. ERTOLA**
**Supervising United States Probation Officer**

RE: YINGLING, Michael Brian
Docket Number:  3:08-MJ-00026-01
**PETITION TO MODIFY THE CONDITIONS OR TERM
OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

**THE COURT ORDERS:**

( X )   Modification approved as recommended.

(  )   Modification not approved at this time.  Probation Officer to contact Court.

(  )   Other:

DATED:  June 12, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

cc:   United States Probation
      Patrick D. Hagan, Assistant United States Attorney
      Adam B. Ryan, Assistant Federal Defender
      Defendant
      Court File