# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**MICHAEL BRIAN YINGLING** | **AMENDED JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br>Case Number: **3:08-MJ-0026 CMK** |
| **Date of Original Judgment:** 3/4/2009<br>Date of Probation Revocation Judgment: 12/2/2009 | H.R. Harrison-Smith<br>Defendant's Attorney |

**Reason for Amendment:**

[ ] Correction of Sentence on Remand (Fed R. Crim. P. 35(a))

[ ] Reduction of Sentence for Changed Circumstances (Fed R. Crim. P. 35(b))

[ ] Correction of Sentence by Sentencing Court (Fed. R. Crim P. 35(c))

[✔] Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36)

[ ] Modification of Supervision Conditions (18 U.S.C. §3563(c) or 3583(e))

[ ] Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C.§3582(c)(1))

[ ] Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C.§3582(c)(2))

[ ] Direct Motion to District Court Pursuant to  [ ] 28 U.S.C. §2255
    [ ] 18 U.S.C. §3559(c)(7),    [ ] Modification of Restitution Order

**THE DEFENDANT:**

[✔]  pleaded guilty to count(s): 1 of the Complaint .
[ ]  pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[ ]  was found guilty on count(s) ___ after a plea of not guilty.

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 43 CFR 2920.1-2(e) | Use, Occupy and/or Develop Public Lands | 7/18/2008 | 1 |

[✔]    Count(s) 2, 3, 4, 5, 6 and 7 of the Complaint  (is)(are) dismissed on the motion of the United States.

Probation was revoked on December 1, 2009, and probation was terminated. The Judgment of Revocation dated December 2, 2009, shall not be affected by this Amended Judgment.  Page 2 attached hereto is to amend page 4 of the original judgment dated March 4, 2009, relating to a clerical error regarding the restitution amount on the original judgment. The defendant shall pay monetary penalties as provided in page 2 of this judgment.

3/3/2009
Date of Imposition of Judgment

DATED:  April 22, 2010

*Craig M. Kellison*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

CASE NUMBER: 3:08-MJ-0026 CMK  Judgment - Page 2 of 2
DEFENDANT: MICHAEL BRIAN YINGLING

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 6.

|        | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $ 25.00 | $ 500.00 | $ 1,400.00 |

[ ]   The determination of restitution is deferred until ___. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

[X]   The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Restitution Ordered | Priority or Percentage |
|---|---|---|
| Bureau of Land Mangaement<br>355 Hemsted Drive<br>Redding, CA 96002 | $1,400.00 | |
| TOTALS: | $1,400.00 | |

Special instructions regarding the payment of criminal monetary penalties: Payment of financial obligations to be determined by Federal Probation.